Report is to be dismissed.

Henry G. Weaver, Jr., for the Plaintiff.

No brief or argument for the Defendant.

*Municipal Court of the City of Boston*
No. 90219
**BONITA MICHAEL**
v.
**TRAILWAYS OF NEW ENGLAND, INC.**
(June 26—June 29, 1964)

*Present*: Adlow, C. J., Lewiton & Morrissey, JJ.

Case tried to *Shamon, J.*

*Per curiam*:

In this action of contract the plaintiff seeks to recover $225.00 damages sustained by her as the result of a loss of personal property which she shipped via the defendant. The

defendant maintains that its liability is limited to $25.00 by reason of tariff schedules filed by it and on its behalf with the Interstate Commerce Commission.

While the trial judge correctly ruled that the provisions in the tariffs so filed are binding on the plaintiff irrespective of her lack of knowledge of the limits of liability contained therein, *B & M RR. Co. v. Hooker,* 233 US 97, he erroneously made a finding for the defendant.

It is ordered that the finding for the defendant be vacated and a finding and judgment be entered for the plaintiff in the amount of $25.00.

Andrew J. Palmer, of Boston, for the Plaintiff.

Edward F. Hennessey & Raymond J. Kenney, Jr., both of Boston, for the Defendant.